IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.: 1:08cr15-SRW |
| ) | |
| MICHAEL JACKSON ) | |

**MOTION TO EXTEND DEADLINE FOR PRE-TRIAL MOTIONS**

**COMES NOW** the defendant, by and through undersigned counsel, Danielle W. Mason, and respectfully moves this Court to extend the deadline for filing pretrial motions. In support of this motion, defense counsel submits the following:

1. On July 9, 2008, Mr. Jackson appeared before this Court and was arraigned in accordance with the Federal Rules of Criminal Procedure.

2. According to the Order on Arraignment dated July 10, 2008, discovery in this matter was due on or before July 18, 2008.

3. Government counsel called on July 14, 2008 and stated that discovery would be provided on that day. When discovery was not received, defense counsel followed up with emails and letters, however, it was determined that government counsel was out of the office. Discovery was received by defense counsel on July 28, 2008, which was the same day that the pretrial conference was scheduled.

4. Pretrial motions were due at least two days before the date of the pretrial conference.

5. Because discovery was just received, defense counsel has not had the opportunity to fully review all the discovery to determine whether a pretrial motion is warranted.

      6.      Undersigned counsel has been authorized to state that government counsel does not oppose extending the deadline for pretrial motions in this case.

Dated this 28th day of July 2008.

                Respectfully submitted,

                s/ Danielle W. Mason
                DANIELLE W. MASON
                Federal Defenders
                201 Monroe Street, Suite 407
                Montgomery, Alabama 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                E-mail: danielle_mason@fd.org
                ASB-6763L75M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 1:08cr15-SRW |
| | ) | |
| **MICHAEL JACKSON** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Nathan D. Stump, Esq., Assistant United States Attorney.

        Respectfully submitted,


        s/ Danielle W. Mason
        DANIELLE W. MASON
        Federal Defenders
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: danielle_mason@fd.org
        ASB-6763L75M