IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:08cr15-SRW |
| | ) | |
| MICHAEL JACKSON | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on July 28, 2008 before the undersigned Magistrate Judge. Present at this conference were Danielle Mason, counsel for the defendant, and Assistant United States Attorney Stephen Feaga standing in for Nathan Stump, counsel for the government. As a result of the conference, it is hereby ORDERED as follows:

1. Jury selection is set for August 25, 2008 in Dothan, Alabama. The trial of this case is set during the trial term commencing on August 25, 2008 in Dothan, Alabama before Chief United States Magistrate Judge Susan Russ Walker and is expected to last 1 ½ days.

2. There are no motions currently pending.

3. Proposed voir dire questions shall be filed on or before August 18, 2008. Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before August 18, 2008.

Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before August 18, 2008.

6. The court will not consider a plea pursuant to Rule 11(c)(1)(A) or (C) unless notice is filed on or before noon on August 13, 2008 . The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on August 25, 2008 in Dothan, Alabama. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on August 25, 2008 in Dothan, Alabama, as to all defendants, even though a particular guilty plea was not accepted by the court.

DONE, this 4th day of August, 2008.

/s/ Susan Russ Walker  
SUSAN RUSS WALKER  
CHIEF UNITED STATES MAGISTRATE JUDGE