IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:08cr15-SRW |
| | ) | |
| MICHAEL JACKSON | ) | |

**ORDER**

Upon consideration of defendant's motion to extend deadline (Doc. # 12), filed July 28, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Al pretrial motions shall be filed on or before August 15, 2008.

DONE, this 12th day of August, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE