IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  1:08cr15-SRW |
| | ) | |
| MICHAEL JACKSON | ) | |

## PLEA AGREEMENT

DEFENSE COUNSEL:            DANIELLE WARD MASON

ASSISTANT U.S. ATTORNEY:    NATHAN D. STUMP

**COUNTS AND STATUTES CHARGED:**

Count 1     17 USC § 506(a)(1)(A) / 18 USC 2319(b)(3)
            Criminal Copyright Infringement

Count 2     17 USC § 506(a)(1)(A) / 18 USC 2319(b)(3)
            Criminal Copyright Infringement

Count 3     17 USC § 506(a)(1)(A) / 18 USC 2319(b)(3)
            Criminal Copyright Infringement

**COUNTS PLEADING PURSUANT TO PLEA AGREEMENT:**

Count 2     17 USC § 506(a)(1)(A) / 18 USC 2319(b)(3)
            Criminal Copyright Infringement

**PENALTIES BY COUNT - MAXIMUM PENALTY:**

Count 2     17 USC § 506(a)(1)(A) / 18 USC 2319(b)(3)
            A term of imprisonment not to exceed 1 year, a fine not to exceed $100,000, or both the fine and the imprisonment; a term of supervised release of no more than 1 year; an assessment fee of $25.00; and restitution to any victims of the offense.

**ELEMENTS OF THE OFFENSE:**

Criminal infringement of copyright has three elements: (1) infringement of a copyright (2) done willfully (3) for purposes of commercial advantage or private financial gain. 17 U.S.C. § 506(a);*United States v. Goss*, 803 F.2d 638, 642 (11th Cir. 1986).

*******************************************************************************

With the authorization of the defendant, the parties to this action have entered into discussions with a view towards reaching a pretrial conclusion of the charges pending in the Information. As a result of those discussions, the parties have reached a Plea Agreement. This Plea Agreement is being submitted to the Court pursuant to Rule 11(c)(1)(A) of the Federal Rules of Criminal Procedure, and both the Government and the defendant understand that, in accordance with that Rule, if the Court should decide not to accept the Plea Agreement, the defendant will have the right to withdraw his plea of guilty and proceed to trial.

The specific terms of the Plea Agreement are as follows:

### GOVERNMENT'S PROVISIONS

1. The Government agrees that a 2-level reduction in the applicable offense level pursuant to U.S.S.G. §3E1.1(a) for the defendant's acceptance of responsibility is appropriate, so long as the defendant does not obstruct justice or otherwise fail to accept responsibility for the offense conduct.

2. The Government agrees with the defendant that the maximum term of imprisonment allowable by law in this case is twelve (12) months, pursuant to Title 18, United States Code, Section 2319(b)(3).

3. The Government agrees to recommend a sentence at the low end of the applicable Guidelines range, as calculated by the Court.

4. The Government agrees not to object at sentencing to any motion by the defendant to have his sentence ordered to run concurrently to the remainder of any prior, undischarged term of imprisonment, in accordance with U.S.S.G. §5G1.3(c).

5. The Government agrees to move at sentencing to dismiss Counts 1 and 3 of the Information and further agrees not to pursue any other criminal charges against the defendant stemming from the facts that support the defendant's conviction in this case.

6.   The Government reserves the right to inform the Court and the United States Probation Office of all facts pertinent to the sentencing process, including all relevant information concerning the offenses and the defendant's background.

## DEFENDANT'S PROVISIONS

7.   The defendant agrees to plead guilty to Count 2 of the Information.

8.   The defendant further agrees not to commit any other federal, state, or local offense while awaiting sentencing. The determination of whether the defendant's conduct is a violation of this provision is at the complete discretion of the Government.

9.   The defendant reserves his right to argue at sentencing that any sentence imposed in this case be ordered to run concurrently to the remainder of any prior, undischarged term of imprisonment, in accordance with U.S.S.G. §5G1.3(c).

## FACTUAL BASIS

10.   The defendant admits the allegation charged in Count 2 of the Information and understands that the nature of the charge to which the plea is offered involves proof that he committed the crime of **Criminal Copyright Infringement** as follows:

> On or about July 16, 2004, in Houston County, within the Middle District of Alabama, the defendant, MICHAEL JACKSON, knowingly and willfully infringed a copyright for purposes of commercial advantage and private financial gain by selling unlawfully obtained copies of copyrighted motion pictures, namely "Harry Potter and the Prisoner of Azkaban" – a motion picture which had not yet been made available in copies for sale to the general public – and a pornographic title, "Coffee with Milk #5," in violation of Title 17, United States Code, Section 506(a)(1)(A), and Title 18, United States Code, Section 2319(b)(3).

## DEFENDANT'S UNDERSTANDING AND ACKNOWLEDGMENT

11.   After conferring with his attorney, and before entering a plea of guilty as to Count 2, the defendant advises the Court that he understands the following to be true:

a. The defendant has the right to plead not guilty, the right to be tried by a jury, the right to the assistance of counsel at every stage of the proceedings, the right to confront and cross-examine witnesses against him, the right to call witnesses on his behalf, and the right not to be compelled to incriminate himself. By entering a plea of guilty, the defendant waives all of those rights, and there will be no trial of any kind in this case.

b. In entering a plea of guilty herein, the Court may ask the defendant questions about the offense to which the plea is entered. Evidence of a plea of guilty later withdrawn, an offer to plead guilty to the crimes charged in the Information, or statements made in connection with and relevant to a guilty plea are not admissible in any civil or criminal proceedings against the defendant, except in a criminal proceeding for perjury or false statement, and only if the defendant makes a false statement under oath, on the court record, and in the presence of counsel.

c. The United States Probation Office will prepare for the Court a pre-sentence investigation report, in which the Probation Officer will recommend a sentence based upon the calculated offense level, the defendant's criminal history, as well as any relevant conduct related to the offense to which the plea is offered. The offense level or criminal history category calculated by the Probation Officer and determined by the Court may differ from that projected by defendant's counsel or the Government.

d. At sentencing, the Court will find by a preponderance of the evidence the facts used to determine the defendant's Guidelines offense level, criminal history category, and sentence. For that purpose, the Court may consider any reliable evidence, including hearsay.

e. The Court is not bound to accept the terms of this Plea Agreement. If the Court rejects this Plea Agreement, the defendant will be given an opportunity to withdraw his

plea. If the defendant does not withdraw his plea at that time, the Court may dispose of the case either more favorably or less favorably toward the defendant than this Plea Agreement contemplated.

      f.      In determining the particular sentence to impose, the Court will consider the United States Sentencing Guidelines, as well as all of the factors listed in Title 18, United States Code, Section 3553(a).

      g.      There is no possibility of parole in the federal prison system, and if a sentence of imprisonment is imposed, the defendant will likely serve all or substantially all of his prison sentence.

      h.      If the Court imposes a fine in this case, the defendant will be required to make an honest, good faith effort to pay the fine as directed by the Financial Litigation Section of the United States Attorney's Office. To that end, the defendant will meet with a member of the Financial Litigation Section on the day of sentencing and complete a written personal financial statement, setting forth the defendant's assets and liabilities as of the date of the offense. The defendant further understands that by completing the financial statement, he is representing that it is true and accurate to the best of his information, knowledge, and belief.

      i.      Pursuant to 18 U.S.C. §3013, the defendant will be ordered at sentencing to pay an assessment fee of $25.00, which will be due and payable to the Court immediately.

      j.      This Plea Agreement is the result of prior discussions between the attorney for the Government and the attorney for the defendant. Those discussions were all conducted with the defendant's authorization, knowledge, and consent.

k.   This Plea Agreement and the plea to be entered by the defendant as a result thereof are voluntary and are not the result of any force or threats, or of any promises apart from what has been expressly agreed upon in this Plea Agreement itself.

## REPRESENTATIONS OF THE PARTIES

12.   The undersigned attorneys for the Government and for the defendant represent to the Court that the foregoing Plea Agreement is the agreement of the parties that has been reached pursuant to Rule 11, Federal Rules of Criminal Procedure, as Amended.

13.   The attorney for the defendant represents to the Court that she has advised the defendant on all of the contents of this Plea Agreement, including specifically all of the provisions listed in Paragraph 11 herein, and that she is satisfied that the defendant adequately understands all of the contents of this Plea Agreement.

This 13th day of August, 2008.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Louis V. Franklin, Sr., Chief
Criminal Division

_____
Nathan D. Stump
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Tel: (334)223-7280
Fax: (334) 223-7135
Email: nathan.stump@usdoj.gov

I have read the Plea Agreement, understand the same, and agree that it accurately states both the representations that have been made to me and the conditions of the agreement that have been reached. I am satisfied that my attorney, Danielle Ward Mason, Esq., has represented my interests in this matter competently and effectively. IN ADDITION TO THE FOREGOING PROVISIONS TO WHICH I AGREE, I SWEAR UNDER PENALTY OF PERJURY THAT THE FACTS IN THE "FACTUAL BASIS" PARAGRAPH ABOVE ARE TRUE AND CORRECT.

_____          _8-13-08_____
MICHAEL JACKSON                           Date
Defendant

_____          _8-13-08_____
DANIELLE WARD MASON, Esq.                 Date
Attorney for the Defendant