IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO. 1:08cr15-SRW |
| | ) | |
| **MICHAEL JACKSON** | ) | |

**NOTICE OF BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**

COMES NOW the United States Attorney's Office for the Middle District of Alabama, by and through the undersigned Assistant United States Attorney, and hereby files the following Bill of Particulars:

Through the violations of Title 17, United States Code, Section 506(a)(1)(A) and Title 18, United States Code, Section 2319(b)(3) as alleged in Count 2 of the information, which are punishable by imprisonment of more than one year, the United States seeks forfeiture of the following property pursuant to Title 17, United States Code, Section 506(b); Title 17, United States Code, Section 509; and Title 28, United States Code, Section 2461(c):

> Approximately 106 counterfeit CDs and approximately 44 counterfeit DVDs seized from Michael Jackson on August 31, 2004, in Dothan, Alabama.

Respectfully submitted this 19th day of August, 2008.

        LEURA G. CANARY
        UNITED STATES ATTORNEY


        **/s/Tommie Brown Hardwick**
        TOMMIE BROWN HARDWICK
        Assistant United States Attorney
        Bar Number: ASB4152 W86T
        131 Clayton Street
        Montgomery, Alabama 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: tommie.hardwick@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


        Respectfully submitted,


        **/s/Tommie Brown Hardwick**
        TOMMIE BROWN HARDWICK
        Assistant United States Attorney